■ COUNTY OF ERIE ex rel. GLORIA KELLER, Respondent, v. ALFRED AMBS, Appellant.— Judgments and orders of filiation reversed, without costs of this appeal to either party, and the denial of the motion to open the default reversed and motion granted and case remitted to Children's Court for trial. Memorandum: While attorneys in cases in the Children's Court should make every effort to be ready for trial on the days for which such cases are set down, we recognize that, under the special circumstances of this case, the request for an adjournment was reasonable in view of counsel's engagement in Supreme Court and the request should have been granted. All concur. (Appeal from judgments and orders of Erie Children's Court adjudging defendant to be the father of two children of complainant and directing him to pay for their support, in a filiation proceeding.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN MINGO, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Auburn State Prison.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ CHARLES R. YELTON, Respondent, v. BRUNELL TIRE AND APPLIANCE, INC., Also Doing Business as BRUNELL SERVICE STATION, Appellant.— Orders affirmed, with costs. All concur. (Appeal from two orders of Monroe Trial Term (1) denying defendant's motions for a nonsuit and for a dismissal of the complaint notwithstanding the verdict, and (2) denying defendant's motions for dismissal at close of plaintiff's case, for a directed verdict, and for dismissal under section 457-a of the Civil Practice Act and rule 60-a of the Rules of Civil Practice in a negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ SALIEM ATTIA, Appellant, v. WILLIAM KOELLING, Respondent, et al., Defendant.— Order affirmed, without costs of this appeal to either party. Memorandum: We do not interpret the direction to state the number of visits to physicians as requiring the names of physicians. All concur. (Appeal from an order of Onondaga Special Term precluding plaintiff from giving certain testimony unless he specified more particularly in answer to a demand for a bill of particulars.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.